UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CHEFS' WAREHOUSE INC., <br><br> Plaintiff, <br><br> -v.- <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br><br> Defendant. | 20 Civ. 4825 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The status conference scheduled for May 4, 2021, is hereby ADJOURNED *sine die* pending resolution of Defendant's motion for judgment on the pleadings.

SO ORDERED.

Dated:   April 27, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge