UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEFS' WAREHOUSE INC.,

                Plaintiff,

      -v.-

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

                Defendant.

20 Civ. 4825 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The parties are ORDERED to appear for a telephonic conference on **April 21, 2022, at 11:00 a.m.**, at which the Court intends to render an oral decision addressing Defendant's pending motion to dismiss.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note the conference will not be available prior to 11:00 a.m.

      SO ORDERED.

Dated:  April 18, 2022
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge