UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEFS' WAREHOUSE INC.,

               Plaintiff,

     -v.-

EMPLOYERS INSURANCE
COMPANY OF WAUSAU,

               Defendant.

20 Civ. 4825 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record on April 21, 2022, Defendant's motion to dismiss the Amended Complaint is GRANTED. Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   April 21, 2022
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge