UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHEFS' WAREHOUSE INC.,

                        Plaintiff,

      -against-                                                        20 **CIVIL** 4825 (KPF)

## **JUDGMENT**

EMPLOYERS INSURANCE
COMPANY OF WAUSAU,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 21, 2022, Defendant's motion to dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      April 21, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                  **BY:**

                                                              **Deputy Clerk**